

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00163-CR

TAUREAUS ALVARO MAXWELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2023F00139

Before Stevens, C.J., van Cleef and Morriss,* JJ.
Memorandum Opinion by Justice Morriss

---

*Josh R. Morriss, III, Chief Justice, Retired, Sitting by Assignment

MEMORANDUM OPINION

A Cass County jury found Taureaus Alvaro Maxwell guilty of improper relationship between educator and student and assessed a sentence of twenty years' imprisonment with a $10,000.00 fine. *See* TEX. PENAL CODE ANN. § 21.12(a) (Supp.). Maxwell appeals this case, four convictions for indecency with a child by contact in cause numbers 06-24-00156-CR through 06-24-00159-CR, and three other convictions for improper relationship between educator and student in cause numbers 06-24-00160-CR through 06-24-00162-CR. In his consolidated brief appealing all of his convictions, Maxwell raised a single point of error arguing that the evidence was legally insufficient to support the jury's verdict of guilt.

We addressed Maxwell's point of error related to this cause in the main opinion from cause number 06-24-00156-CR. For the reasons stated therein, we find that the jury's verdict of guilt in this cause was supported by legally sufficient evidence.

We affirm the trial court's judgment.


Josh R. Morriss, III
Justice

Date Submitted:     July 11, 2025
Date Decided:       July 14, 2025

Do Not Publish